UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-7928-MWF(ASx)**                                   Date:  April 17, 2023

Title   **Patagonia, Inc. v. Society6 LLC**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

   A review of the docket in this action reflects that the Complaint was filed on October 31, 2022.  (Docket No. 1).  Pursuant to the parties' Fourth Stipulation to Extend Time to Respond to Complaint and the Court's Order granting same, Defendant's response to the Complaint was due on April 7, 2023.  (Docket Nos. 17 and 18).

   The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **APRIL 25, 2023**.

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

     OR

- BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT.

   No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-7928-MWF(ASx)**                                  Date:  April 17, 2023

Title         **Patagonia, Inc. v. Society6 LLC**

respond to the Order to Show Cause by **APRIL 25, 2023** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm